UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BILLY JOE JOHNSON**                                              **CIVIL ACTION**

**VERSUS**                                                         **NO. 10-3910**

**DEPT. OF PUBLIC SAFETY**                                         **SECTION "B"(2)**
**AND CORRECTIONS ET AL.**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, **IT IS ORDERED** that the claims of Billy Joe Johnson are **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 8th day of February, 2011.

UNITED STATES DISTRICT JUDGE